DocuSign Envelope ID: 39349BC5-C001-4615-913C-D0EAA251B085

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x   VIA ECF

RANA ROMNEY,

                Plaintiff,

      v.

MICRODENTAL LABORATORIES, INC.,   Case No.: 1:21-cv-02943 (GRB)(JMW)
TETRA DYNAMICS INC., and RTFP
DENTAL, INC.,

                Defendants.

------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED by and among Ms. Romney and MICRODENTAL LABORATORIES, INC., through their respective undersigned counsel, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) the above-captioned action be and hereby is dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

NEIL H. GREENBERG & ASSOCIATES, P.C.    JACKSON LEWIS P.C.

By: _____                By: _____
Justin M. Reilly, Esq.                                      David S. Greenhaus, Esq.
4242 Merrick Road                                              58 South Service Road, Suite 250
Massapequa, New York 11758                        Melville, New York 11747
(516) 228-5100                                                  (631) 247-0404
*Attorneys for Plaintiff*                                             *Attorneys for Defendant*

Dated: 7/25/22                                                        Dated: 8/8/22

SO ORDERED on this ___ day of _____, 2022

U. S. D. J.

12