DocuSign Envelope ID: 39349BC5-C001-4615-913C-D0EAA251B085

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RANA ROMNEY,

                                Plaintiff,

      v.

MICRODENTAL LABORATORIES, INC.,
TETRA DYNAMICS INC., and RTFP
DENTAL, INC.,

                                Defendants.

------------------------------------------------------------x

VIA ECF

Case No.: 1:21-cv-02943 (GRB)(JMW)

**FILED**
**CLERK**

9:57 am, Aug 09, 2022

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

IT IS HEREBY STIPULATED AND AGREED by and among Ms. Romney and MICRODENTAL LABORATORIES, INC., through their respective undersigned counsel, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) the above-captioned action be and hereby is dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

| | |
|---|---|
| NEIL H. GREENBERG & ASSOCIATES, P.C. | JACKSON LEWIS P.C. |
| By: /s/ Justin M. Reilly<br>Justin M. Reilly, Esq.<br>4242 Merrick Road<br>Massapequa, New York 11758<br>(516) 228-5100<br>*Attorneys for Plaintiff* | By: /s/ David S. Greenhaus<br>David S. Greenhaus, Esq.<br>58 South Service Road, Suite 250<br>Melville, New York 11747<br>(631) 247-0404<br>*Attorneys for Defendant* |
| Dated: 7/25/22 | Dated: 8/8/22 |

SO ORDERED on this 9th day of August, 2022

/s/ Gary R. Brown
U.S.D.J.